# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICAH ADAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:25-cv-01295-JLT-CDB (SS)<br><br>ORDER ON STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO THE COMPLAINT<br><br>(Doc. 10) |

Pending before the Court is the parties' stipulated request to extend the deadline for Defendant to respond to Plaintiff's complaint, from December 1, 2025, to January 15, 2026, filed on November 25, 2025. (Doc. 10). The parties represent that the extension is necessary because counsel for Defendant has many backlogs resulting from the government shutdown. *Id.* at 1-2.

For good cause shown by the parties' stipulated representations, it is HEREBY ORDERED:

1. Defendant shall file its response to Plaintiff's complaint by no later than **January 15, 2026**; and

2. Plaintiff's motion for summary judgment, the cross-motion for summary judgment, and any optional reply shall be filed in accordance with the Court's scheduling order. (Doc. 4).

IT IS SO ORDERED.

Dated: __**November 26, 2025**__　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE